**Z**DANCEWICZ **L**AW **F**IRM, **P**LC
Post Office Box 51826
Phoenix, Arizona 85076
Phone: (602) 900-0890
Fax: (602) 265-4391
Notice@ZLawAZ.com

Michael Zdancewicz - 12426
Attorneys for Attorney for Mark G. Leonard and
Candace H. Leonard as Trustees of the Leonard
Family Revocable Living Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Brent Nerguizian,<br><br>Debtor.<br>_____<br>Mark G. Leonard and Candace H. Leonard as Trustees of the Leonard Family Revocable Living Trust; James M. Leonard as Trustee of the James M. Leonard Revocable Trust; The George and Wilma Leonard Charitable Foundation; William G. Leonard as Custodian for Sarah Anastasia Leonard, C. L., M. L. And V.L., and William G. Leonard as Guardian William G. Leonard as Guardian AD Litem for C.L., M.L. and V.L.; Sarah Anastasia Leonard; C.L.; M.L. and V.L.,<br><br>    Plaintiffs,<br>v.<br>Brent Nerguizian,<br><br>    Defendant.<br>_____<br>Stratera Investment Management, LLC, an Arizona limited liability company doing business as Neptune Investment Company,<br><br>    Garnishee. | No.  2:20-bk-13658-MCW<br>Adv. 2:22-ap-00187-MCW<br><br>**APPLICATION FOR AN ORDER TO SHOW CAUSE** |

Mark G. Leonard and Candace H. Leonard as Trustees of the Leonard Family Revocable Living Trust ("**Assignee Judgment Creditors**")[1], apply to this Court for an order requiring Brent Nerguizian (the "**Judgment Debtor**") to show cause why ***Stratera Investment Management, LLC, an Arizona limited liability company doing business as Neptune Investment Company's*** ("**Garnishee**") failed to answer a writ of garnishment and failed to obey a Charging Order entered in this case.

The following Memorandum of Points and Authorities support this Application.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. The Assignee Judgment Creditors are a party in an action to whom a money judgment has been awarded.

2. The Assignee Judgment Creditors have made a demand on the Judgment Debtor for the payment of the amount adjudged due, but the Judgment Debtor has not paid that amount.

3. A Writ of Garnishment was served on the Garnishee. See Docket 18.

4. The Judgment Debtor is the manager and member of the Garnishee. See Exhibit 1, Records of the Arizona Corporation Commission.

---

[1] The Judgment in 2:22-ap-00187-MCW is against Brent Nerguizian ("**Judgment Debtor**") in favor of James M. Leonard as Trustee of the James M. Leonard Revocable Trust, the George and Wilma Leonard Charitable Foundation, and William G. Leonard as custodian for Sarah Anastasia Leonard, and as custodian and Guardian ad Litem for C.L., M.L. and V.L. (collectively the "**Assignor Judgment Creditors**"), and also in favor of Mark G. Leonard and Candace H. Leonard as Trustees of the Leonard Family Revocable Living Trust (the "**Assignee Judgment Creditor,**" and collectively the "**Judgment Creditors**"). The Assignor Judgment Creditors have assigned their respective right, title and interest in the Judgment to the Assignee Judgment Creditor.

5. The Garnishee has not provided Judgment Creditor with an answer to the writ of garnishment.

6. Assignee Judgment Creditors' counsel transmitted an email on 6 March 2024 to Brent Nerguizian requesting an answer to the garnishment.

7. Brent Nerguizian did not respond to the email.

8. This court entered a Charging Order on 15 November 2023 (docket 14).

9. The Charging Order was served on Garnishee and Brent Nerguizian. (docket 18).

10. The Charging Order provides:

> IT IS FURTHER ORDERED that *Stratera Investment Management, LLC, an Arizona limited liability company doing business as Neptune Investment Company* shall provide Judgment Creditor with quarterly financial statements and an accounting of all disbursements to Judgment Debtor, or for the benefit of Judgment Debtor, within 21 days after the conclusion of each calendar quarter, from the date of this Order until the Judgment is fully satisfied. Such documents shall be mailed to Zdancewicz Law Firm, PLC, Post Office Box 51826, Phoenix, AZ 85076, or such other address as provided by Judgment Creditor.
>
> [Dated and signed as indicated above]

11. Garnishee has not provided any financial information to Assignee Judgment Creditors.

12. Assignee Judgment Creditors' counsel transmitted an email on 6 March 2024 to Brent Nerguizian requesting compliance with the Charging Order.

13. Assignee Judgment Creditors request the court to set a hearing requiring

Brent Nerguizian to appear and answer why he, on behalf of Garnishee, has not filed an answer to the writ of garnishment.

14. Assignee Judgment Creditors request the court to set a hearing requiring Brent Nerguizian to appear and answer why he, on behalf of Garnishee, has not honored the terms of the Charging Order.

15. In the event Garnishee, or Brent Nerguizian or a representative of Garnishee, does not appear, Assignee Judgment Creditors request that a Judgment by Default be entered against Garnishee.

## CONCLUSION

16. Assignee Judgment Creditors request the court to require Brent Nerguizian to appear and show cause as to why Garnishee has not answered the Writ of Garnishment.

17. Assignee Judgment Creditors request the court to require Brent Nerguizian to appear and show cause as to why Garnishee has not complied with the terms of the Charging Order.

Dated 17 June 2024.

    Zdancewicz Law Firm, PLC
    */s/ Michael Zdancewicz*
    Michael Zdancewicz
    Post Office Box 51826
    Phoenix, AZ 85076
    Attorneys for Attorney for Mark G. Leonard and Candace H. Leonard as Trustees of the Leonard Family Revocable Living Trust

## Certificate of Service

I certify that on June 17, 2024, a true and correct copy of the above and foregoing was served upon all parties on the Electronic Filing System that are registered or otherwise entitled to receive electronic notices in this case. Additionally, a copy of the foregoing was mailed by United States first class mail, postage prepaid to:

| | |
|---|---|
| Brent Nerguizian<br>23623 North Scottsdale Road, #D3269<br>Scottsdale, AZ 85255 | Stratera Investment Management, LLC<br>Attn: Brent Nerguizian, Member<br>23623 North Scottsdale Road, #D3269<br>Scottsdale, AZ 85255 |

/s/ Michael Zdancewicz

# Arizona Corporation Commission Corporations Division Website Entity Detail. http://ecorp.azcc.gov/

## Exhibit 1

### Entity Details

| | | | |
|---|---|---|---|
| Entity Name: | STRATERA INVESTMENT MANAGEMENT, LLC | Entity ID: | 23398148 |
| Entity Type: | Domestic LLC | Entity Status: | **Active** |
| Formation Date: | 7/14/2022 | Reason for Status: | In Good Standing |
| Approval Date: | 7/20/2022 | Status Date: | |
| Original Incorporation Date: | 7/14/2022 | Life Period: | Perpetual |
| Business Type: | Any legal purpose | Last Annual Report Filed: | |
| Domicile State: | Arizona | Annual Report Due Date: | |
| Years Due: | | | |

### Statutory Agent Information

| | | | |
|---|---|---|---|
| Name: | BRENT NERGUIZIAN | Appointed Status: | Active 7/20/2022 |
| Attention: | | | |
| Address: | 23623 N SCOTTSDALE ROAD, SUITE D-3269, SCOTTSDALE, AZ 85255, USA | Agent Last Updated: | 7/20/2022 |
| Attention: | | Mailing Address: | 23623 N SCOTTSDALE ROAD, SUITE D-3269, SCOTTSDALE, AZ 85255, USA |
| E-mail: | | County: | Maricopa |

### Principal Information

| Title | Name | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|
| Manager | BRENT NERGUIZIAN | 23623 N SCOTTSDALE ROAD, SUITE D-3269, SCOTTSDALE, AZ, 85255, Maricopa County, USA | | 7/20/2022 |
| Member | BRENT NERGUIZIAN | 23623 N SCOTTSDALE ROAD, SUITE D-3269, SCOTTSDALE, AZ, 85255, Maricopa County, USA | | 7/20/2022 |

# Arizona Corporation Commission Corporations Division Website Entity Detail. http://ecorp.azcc.gov/

## Entity Known Place of Business

| Address: | 23623 N SCOTTSDALE ROAD, SUITE D-3269, SCOTTSDALE, AZ, 85255, USA | County: | Maricopa | Last Updated: | 7/20/2022 |
|---|---|---|---|---|---|

## Entity Principal Office Address

| Address: | | County: | | Last Updated: | |
|---|---|---|---|---|---|